**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

May 21, 2020

**Iceberg v. Virginia Mason Hospital et al**
Case # 2:20–cv–00769–RAJ

Scott Iceberg
4902 148TH ST SW
EDMONDS, WA 98026

Your civil action *Iceberg v. Virginia Mason Hospital et al* was filed in the U.S. District Clerk's office at Seattle on May 20, 2020.

Your case has been assigned Case Number **2:20–cv–00769–RAJ,** and has been assigned to Judge Richard A. Jones, Presiding Judge

The following deficiencies have been noted:

– The APPLICATION TO PROCEED IN FORMA PAUPERIS is blank or incomplete. Please answer all the questions on the enclosed application and return it to the Court as soon as possible.
– NOTE: The IFP application is missing the last part of page 2 where there is a section for you to sign twice. A blank IFP application if attached for your convenience.

Depending on the seriousness of the deficiency, the status of your case could be affected if the deficiencies are not corrected. The appropriate blank forms are enclosed for your use.

Failure to correct these deficiencies could affect the court's ability to serve defendants.

Please note: If your response to this letter is not received by **June 22, 2020**, the action may be subject to dismissal.

*Please return this letter with the corrections to the listed deficiencies.*

cc: file